**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

EDMUNDO ZUNIGA-ALDAMA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 10-72267

Agency No. A073-320-297

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2012[**]

Before:     CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Edmundo Zuniga-Aldama, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for cancellation of

removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review de novo

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

questions of law, *Vilchez v. Holder*, 683 F.3d 1195, 1198 (9th Cir. 2012), and we dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Zuniga-Aldama failed to demonstrate exceptional and extremely unusual hardship to a qualifying relative. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

Zuniga-Aldama has failed to establish any legal error in the IJ's consideration of the evaluation from his medical expert.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**